# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO ISAI RODRIGUEZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LANDSTAR; JOHN DOE, an individual; and DOES 1 to 20, inclusive,<br><br>　　　　　Defendants. | Case No. 4:19-cv-05230<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>**[Re: Docket No. 9]**<br><br>Date　　　　November 26, 2019<br>Time:　　　 2:00 p.m.<br>Courtroom: 2<br>Judge:　　　Hon. Haywood S. Gilliam, Jr.<br>Trial Date:　None set |

　　　　UPON GOOD CAUSE SHOWING, it is hereby ordered that Mathieu H. Putterman, counsel for Defendant LANDSTAR RANGER, INC., shall appear telephonically at the Case Management Conference scheduled for Friday, November 26, 2019 at 2:00 p.m. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Date: _____11/20/2019_____　　By: _/s/ Haywood S. Gilliam, Jr._
　　　　　　　　　　　　　　　　　　Honorable United States District Court Judge

-PROP- ORDER RQST APPEAR TELEPHONICALLY AT CMC (1248-5017)(18153557.1)

1　　　　　　　　　　　　　　　　　　　　　　　　　　Case No. 4:19-cv-05230
REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE