1  **BANAFSHEH, DANESH & JAVID, PC**
2  KEVIN DANESH, ESQ. [SBN 228891]
   kd@bhattorneys.com
3  ALLEN SPLOPUKO, ESQ. [SBN 308493]
4  as@bhattorneys.com
   9701 Wilshire Boulevard, 12th Floor
5  Beverly Hills, California 90212
6  Telephone: (310) 887-1818
7  Facsimile: (424) 302-0241

8  Attorneys for Plaintiff FERNANDO ISAI RODRIGUEZ

## SUPERIOR COURT FOR THE STATE OF CALIFORNIA

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO ISAI RODRIGUEZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>LANDSTAR; JOHN DOE, an individual; and DOES 1 to 20, inclusive,<br><br>Defendants. | CASE NO.: 4:19-cv-05230-HSG<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE**<br><br>[Re: Docket No. 9]<br><br>Date: November 26, 2019<br>Time: 2:00 p.m.<br>Courtroom: 2<br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Trial Date: None set |

UPON GOOD CAUSE SHOWING, it is hereby ordered that Allen Splopuko, counsel for Plaintiff FERNANDO ISAI RODRIGUEZ, shall appear telephonically at the Case Management Conference scheduled

for Tuesday, November 26, 2019 at 2:00 p.m.  Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

IT IS SO ORDERED.

Date: 11/21/2019                    By: /s/ Haywood S. Gilliam, Jr.
                                    Honorable United States District Court Judge

.

ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE 2