BANAFSHEH, DANESH & JAVID, PC
KEVIN DANESH, ESQ. [SBN 228891]
kd@bhattorneys.com
ALLEN SPLOPUKO, ESQ. [SBN 308493]
as@bhattorneys.com
9701 Wilshire Boulevard, 12th Floor
Beverly Hills, California 90212
Telephone: (310) 887-1818
Facsimile: (424) 302-0241

Attorneys for Plaintiff FERNANDO ISAI RODRIGUEZ

# SUPERIOR COURT FOR THE STATE OF CALIFORNIA

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO ISAI RODRIGUEZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>LANDSTAR; JOHN DOE, an individual; and DOES 1 to 20, inclusive,<br><br>Defendants. | CASE NO.: 4:19-cv-05230-HSG<br><br>[~~PROPOSED~~] ORDER |

///

///

Pursuant to the stipulation of the parties adding THADDEUS PAULK as DOE 1 to this matter, the court orders the amendment approved and filed.

1/7/2020
Dated

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

[PROPOSED] ORDER