**BANAFSHEH, DANESH & JAVID, PC**
A Professional Law Corporation
MARK E. MILLARD, ESQ. [SBN 175169]
mem@bhattorneys.com
JOSEPH G. YOUNES, ESQ. [SBN 325491]
jgy@bhattorneys.com
9701 Wilshire Boulevard, 12th Floor
Beverly Hills, California 90212
Telephone: (310) 887-1818
Facsimile: (424) 522-1351

Attorneys for Plaintiff, FERNANDO ISAI RODRIGUEZ

**SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FERNANDO ISAI RODRIGUEZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>LANDSTAR; JOHN DOE, an individual; and DOES 1 to 20, inclusive,<br><br>Defendants. | CASE NO.: 4:19-cv-05230-HSG<br><br>**[PROPOSED]** AMENDED ORDER REGARDING CONTINUANCE OF DISCOVERY DEADLINES, EXPERT DISCLOSURES AND TRIAL DATE<br><br>Trial: 11/09/2020<br>Time: 8:30 a.m.<br>Courtroom: 2 |

//
//
//

BANAFSHEH, DANESH & JAVID, PC
9701 Wilshire Blvd., 12th Floor
Beverly Hills, California 90212
Phone: (310) 887-1818  Facsimile: (424) 302-0241

Pursuant to the stipulation of the parties, the Court modifies its Scheduling Order of November 27, 2019, as follows:

Fact Discovery Deadline is continued from April 23, 2020 to June 23, 2020;

Exchange of Opening Expert Reports is continued from May 8, 2020 to July 8, 2020;

Exchange Rebuttal Expert Reports is continued from May 25, 2020 to July 25, 2020;

Close of Expert Discovery is continued from June 8, 2020 to August 8, 2020;

Dispositive Motion Hearing Deadline is continued from July 23, 2020 at 2:00 p.m. to September 24, 2020 at 2:00 p.m.;

Pretrial Conference is continued from October 20, 2020 at 3:00 p.m. to January 5, 2021 at 3:00 p.m.;

5-Day Jury Trial is continued from November 9, 2020 at 8:30 a.m. to January 25, 2021 at 8:30 a.m.;

IT IS SO ORDERED.

___4/8/2020_____
Dated

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

[PROPOSED] AMENDED ORDER REGARDING CONTINUANCE OF DISCOVERY DEADLINES, EXPERT DISCLOSURES AND TRIAL DATE