Ian A. Rambarran, Bar No. 227366
Mathieu H. Putterman, Bar No. 306845
KLINEDINST PC
2 Park Plaza, Suite 1250
Irvine, California 92614
(714) 542-1800/FAX (714) 542-3592
irambarran@klinedinstlaw.com
mputterman@klinedinstlaw.com

Attorneys for Defendant LANDSTAR RANGER, INC. (erroneously sued and served as LANDSTAR) and THADDEUS PAULK (DOE 1)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO ISAI RODRIGUEZ, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>LANDSTAR; JOHN DOE, an individual; and DOES 1 to 20, inclusive,<br><br>    Defendants. | Case No. 4:19-cv-05230-HSG<br><br>[~~PROPOSED~~] **ORDER RE: JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINES AND EXPERT DISCLOSURES** |

Pursuant to the stipulation of the parties, the Court hereby modifies that all expert discovery and expert disclosure dates are continued as follows:

1. Fact Discovery Deadline is continued from Jun 23, 2020 to September 23, 2020;

2. Exchange of Opening Expert Reports is continued from July 8, 2020 to October 8, 2020;

3. Exchange Rebuttal Expert Reports is continued from July 25, 2020 to October 26, 2020;

4. Close of Expert Discovery is continued from August 8, 2020 to

November 9, 2020; and

5. Dispositive Motion Hearing Deadline is continued from September 24, 2020 at 2:00 p.m. to December 17, 2020 at 2:00 p.m.

**IT IS ORDERED**:

DATED: 5/20/2020         By: _____/s/ Haywood S. Gilliam, Jr._____
                              HON. HAYWOOD S. GILLIAM, JR.
                              United States District Judge

KLINEDINST PC
5 HUTTON CENTRE DRIVE, SUITE 1000
SANTA ANA, CALIFORNIA 92707

2
Case No. 4:19-cv-05230-HSG
[PROPOSED] ORDER RE: JOINT STIPULATION TO CONTINUE DISCOVERY DEADLINES AND EXPERT DISCLOSURES