**BANAFSHEH, DANESH & JAVID, PC**
A Professional Law Corporation
MARK E. MILLARD, ESQ. [SBN 175169]
mem@bhattorneys.com
JOSEPH G. YOUNES, ESQ. [SBN 325491]
jgy@bhattorneys.com
9701 Wilshire Boulevard, 12th Floor
Beverly Hills, California 90212
Telephone: (310) 887-1818
Facsimile:  (424) 522-1351

Attorneys for Plaintiff, FERNANDO ISAI RODRIGUEZ

**SUPERIOR COURT FOR THE STATE OF CALIFORNIA**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FERNANDO ISAI RODRIGUEZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>LANDSTAR; JOHN DOE, an individual; and DOES 1 to 20, inclusive,<br><br>Defendants. | CASE NO.: 4:19-cv-05230-HSG<br><br>**[PROPOSED] ORDER REMANDING ACTION TO THE SUPERIOR COURT OF THE STATE OF CALIFORNIA, COUNTY OF ALAMEDA** |

//
//
//
//
//

1  Pursuant to the stipulation of the parties, the Court hereby Orders that this matter
2  be remanded back to the Superior Court of the State of California, County of Alameda.

4  IT IS SO ORDERED.

7  ___6/9/2020_____
   Dated

   *[signature: Haywood S. Gilliam Jr.]*
   HON. HAYWOOD S. GILLIAM, JR.
   United States District Judge

BANAFSHEH, DANESH & JAVID, PC
9701 Wilshire Blvd., 12th Floor
Beverly Hills, California 90212
Phone: (310) 887-1818  Facsimile: (424) 302-0241

[PROPOSED] ORDER REMANDING ACTION TO THE SUPERIOR COURT OF THE STATE OF CALIFIRNIA, COUNTY OF ALAMEDA